

# NUMBER 13-11-00717-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HUGH OGLESBY AND HARRIET OGLESBY,**         **Appellants,**

**v.**

**MANUEL TRIGO JR.,**         **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Hugh Ogelsby and Harriet Oglesby, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-11-1277-D. Appellants have filed a motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of May, 2012.